1 Kimberly R. Krauss  SBN 222508
  In-House Counsel for CSC
2 5454 Ruffin Road, Suite 200
  San Diego, California 92123
3 Telephone (800) 567-2187
  Fax (858) 650-0814
4

5 Attorney for Defendant
  Credit Solutions Corp.
6

7 **UNITED STATES DISTRICT COURT**

8 **NORTHERN DISTRICT OF CALIFORNIA**

9 **SAN FRANCISCO DIVISION**

10 MICHELE JONES,                         ) Case No.: 10-CV-00218-CRB
                                          )
11           Plaintiff,                   ) **[Proposed] ORDER GRANTING**
                                          ) **DEFENDANT'S REQUEST THAT ITS**
12    vs.                                 ) **MOTION TO DISMISS BE**
                                          ) **DETERMINED WITHOUT ORAL**
13 CREDIT SOLUTIONS CORP.,                ) **ARGUMENT PER LOCAL RULE 7-12**
                                          )
14           Defendant.                   ) Judge: Hon. Charles R. Breyer
                                          ) Dept: Courtroom 8
15                                        ) Date: June 25, 2010
                                          ) Time: 10:00 a.m.
16

17        Per Local Rule 7-12, Defendant hereby requests that its Motion to Dismiss for Improper

18 Venue be determined without oral argument.  Defendant has discussed this with Plaintiff, and

19 Plaintiff is in agreement that no oral argument is necessary.  The court having reviewed and

20 considered the moving papers and the parties' positions hereto and **GOOD CAUSE**

21 **APPEARING, IT IS HEREBY ORDERED:**

22        Defendant's Rule 7-12 request is GRANTED.

23 **IT IS SO ORDERED**:

24

25 DATED:___June 24, 2010_____

26

27                                                    _____

28                                                    Judge Charles R. Breyer
                                                      *IT IS SO ORDERED*
                                                      *Judge Charles R. Breyer*

[Proposed] ORDER